UNITED STATES BANKRUPTCY COURT　　SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN 1 8 2009

Michael N. Milby, Clerk of Court

IN RE: §
§
Allied International §
§
§　BANKRUPTCY CASE NUMBER
(Debtor), §　98-40151-H3
§
§

## PETITION FOR UNCLAIMED FUNDS

Dilks & Knopik, LLC, Attorney-in-Fact for Tubes, Inc. hereby petitions the Court for $3,340.35 being held in the Registry of the Clerk, U.S. Bankruptcy Court as unclaimed funds for Tubes Inc., creditor.

IF APPLICANT IS A FUNDS LOCATOR, this application includes a Power of Attorney authorizing the undersigned, <u>Dilks & Knopik, LLC</u>, Attorney in Fact, to petition the Court on behalf of the claimant for the release of these funds.

The creditor did not receive the dividend check in the above case for the following reasons:

The original dividend check was mailed to Tubes, Inc. at PO Box 79269, Houston, TX 77279-9629. That address is no longer valid. The change of address may have prevented delivery of the original dividend check. Exhibit A is evidence that Tubes, inc. used that address.

The creditor(s) current/correct mailing address is:

>　Tubes, Inc.
>　Carla Faith-Kost
>　9401 Telge Road
>　Houston, TX 77095
>　Phone No.  281-858-8300

Unclaimed.fds
06/23/98

Dated: **June 15, 2009**

*[signature]*

Brian J. Dilks, Managing Member
Dilks & Knopik, LLC
PO Box 2728, Issaquah, WA 98027
(425)-836-5728

On __6|15|09__ before me, Brian J. Dilks, personally appeared, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person (s) whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

SEAL

*[signature]*

Caryn M. Dilks, Notary Public
My commission expires: July 29, 2010
Notary in and for the State of Washington



Unclaimed.fds
06/23/98

# CERTIFICATE OF SERVICE OF APPLICATION
# ON U.S. ATTORNEY & U.S. TRUSTEE

Notice is hereby given that on June 15, 2009 a copy of the Application for Release of Unclaimed Funds was served on the U.S. Attorney and U.S. Trustee for the Southern District of Texas by U.S. Mail at the following addresses:

>U.S. Attorneys Office
>P.O. Box 61129
>Houston, TX 77208

>U.S. Trustees Office
>515 Rusk Ave., Ste. 3516
>Houston, TX 77002

>Case Trustee
>N/A: Not trustee Assigned

Dated: June 15, 2009

_____
Brian J. Dilks
Dilks & Knopik, LLC
Attorney in Fact for Tubes, Inc.

**Unclaimed.fds**
**06/23/98**

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS

RE: Allied International )  Case: 98-40151-H3
                                   )
                                   )  **AUTHORITY TO ACT**
                                   )  Limited Power of Attorney
                                   )  Limited to one Transaction
          Debtor(s)        )

### USED ONLY TO COLLECT FUNDS FROM THE ABOVE REFERENCED CASE

1. **Tubes, Inc.** with a tax identification number of **76-0121226**, ("CLIENT"), appoints **Dilks & Knopik, LLC** ("D&K"), as its lawful attorney in fact for the limited purpose of recovering, receiving and obtaining information pertaining to the outstanding tender of funds in the amount of **$3,340.35** (the "FUNDS"), including the right to collect on CLIENT's behalf any such funds that are held by a governmental agency or authority.

2. CLIENT grants to D&K the authority to do all things legally permissible and reasonably necessary to recover or obtain the FUNDS held by the governmental agency or authority. This limited authority includes the right to receive all communications from the governmental agency or authority and to deposit checks payable to CLIENT for distribution of the FUNDS to CLIENT, less the fee payable to D&K pursuant to and in accordance with its agreement with CLIENT.

3. D&K may not make any expenditure or incur any costs or fees on behalf of CLIENT without CLIENT's prior written consent.

4. This Authority to Act shall become effective on the below signed date and shall expire upon collection of the aforementioned FUNDS. I authorize the use of a photocopy of this Limited Power of Attorney in lieu of the original.

Signature: _Carla Faith-Kost_  
Print Name: CARLA FAITH-KOST  
Date: 6/8, 2009  
Title: Accounting

**TUBES, INC.**

Carla Faith-Kost  
Accounting

9401 Telge Rd.  
Houston, TX 77095-5110  
Ph: 281-858-8300  
Fax: 281-858-8600

Affix Corporate Seal Below  
Or if Corporate Seal Unavailable Sign Affidavit Below:

*AFFIDAVIT IF CORPORATE SEAL IS UNAVAILABLE*  
*BE IT ACKNOWLEDGED, that the undersigned hereby says under oath that the corporate seal for Tubes, Inc. is presently unavailable to the undersigned*  
BY: _____  
     Signature and title

### ACKNOWLEDGMENT

STATE OF _Texas_ )  
COUNTY OF _Harris_ )

On this _8th_ day of _June_, _2009_, before me, the undersigned Notary Public in and for the said County and State, personally appeared (name) _Carla Faith-Kost_ known to me to be the person described in and who executed the foregoing instrument, and who acknowledged to me that (circle one) he/she did so freely and voluntarily and for the uses and purposes therein mentioned.

WITNESS my hand and official seal.  
NOTARY PUBLIC _Lavonne Atkinson_  
Residing at _9401 Telge Rd, Houston, TX_  
My Commission expires _November 16, 2012_

LAVONNE ATKINSON  
Notary Public, State of Texas  
My Commission Expires  
November 16, 2012

| DATE | VENDOR REFERENCE | VOUCHER | GROSS AMOUNT | DISCOUNT | NET AMOUNT |
|---|---|---|---|---|---|
| 10-19-98 | | | | *Michael Jadeet* | |

| CHECK DATE | CHECK NUMBER | VENDOR | TOTAL GROSS AMOUNT | TOTAL DISCOUNT | AMOUNT OF CHECK |
|---|---|---|---|---|---|
| 10-19-98 | | | | | |

---

**TUBES, INC.**
P.O. BOX 79629   (713) 937-7300
HOUSTON, TEXAS 77279-9629

Texas Commerce Bank
Member FDIC

**TEXAS COMMERCE BANK**
HOUSTON, TX

7721

32-115 / 1110

DATE   10-19-98   CHECK NO.

PAY EXACTLY   *****████.   DOLLARS AND ██   CENTS   ████████

TO THE ORDER OF
AM EMERY ASSOCIATES INC.
8018 BRAESVIEW
HOUSTON, TEXAS   77071

*Paul M. ____*

NON-NEGOTIABLE

Exhibit ___A___
Page __1__ of __1__